IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OPERATING ENGINEERS** ) | CIVIL ACTION NO. 12-CV-1025 |
| ) | |
| Plaintiff, ) | JUDGE GARY L. LANCASTER |
| ) | |
| vs. ) | |
| ) | |
| **A2 SERVICES LLC D/B/A** ) | |
| **GENEVA PIPELINE** ) | |
| ) | |
| Defendant. ) | |

STIPULATION

The Defendant and the Plaintiff, by email consent, hereby agree that the Defendant shall have an extension of time until September 20, 2012 in which to respond to Plaintiff's Complaint.

/s/ Thomas L. Colaluca
Attorney for Defendant
Ohio # (0011462)
1400 West Sixth Street
Suite 300
Cleveland, Ohio 44113
(216) 212-4023 Phone
tlc@colaluca-law.com

/s/ Jeffery J. Leech
Attorney for Plaintiff
PAID #19814
1500 One PPG Place
Pittsburgh, PA 15222
412-566-1212
jleech@tuckerlaw.com
Pursuant to email consent

SO ORDERED, this 10th day of September, 2012.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge