IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OPERATING ENGINEERS LOCAL 66, AFL-CIO )
AND CONSTRUCTION INDUSTRY COMBINED )
FUNDS, INC., as agent for BOARD OF )
TRUSTEES OF OPERATING ENGINEERS ) Civil Action No. 12-1025
LOCAL 66 ANNUITY AND SAVINGS FUND, )
OPERATING ENGINEERS CONSTRUCTION ) Chief Judge Gary L. Lancaster
INDUSTRY AND MISCELLANEOUS PENSION )
FUND, OPERATING ENGINEERS LOCAL 66 )
BENEFIT FUND, OPERATING ENGINEERS )
LOCAL 66 WELFARE FUND; WESTERN )
PENNSYLVANIA OPERATING ENGINEERS )
JOINT APPRENTICESHIP AND TRAINING )
PROGRAM, )
)
Plaintiff, )
)
v. )
)
A2 SERVICES LLC d/b/a GENEVA PIPELINE, )
)
Defendant. )

## CONSENT JUDGMENT

AND NOW, this 12 day of Feb, 2013, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant, A2 Services, LLC d/b/a Geneva Pipeline, in the amount of $105,182.01, plus additional interest from October 15, 2012.

Payments will be made on this judgment as follows:

| Date | Amount |
|---|---|
| January 31, 2013 | $3,401.09 |
| February 28, 2013 | $9,214.45 |
| March 31, 2013 | $9,214.45 |
| April 30, 2013 | $9,214.45 |
| May 31, 2013 | $9,214.45 |
| June 30, 2013 | $9,214.45 |
| July 31, 2013 | $9,214.45 |
| August 31, 2013 | $9,214.45 |
| September 30, 2013 | $9,214.45 |
| October 31, 2013 | $9,214.45 |
| November 30, 2013 | $9,214.45 |
| December 31, 2013 | $4,968.89, plus additional interest from October 15, 2012 |
| January 31, 2014 | $4,667.43 |

Defendant agrees to timely submit all future reports and payments due to Plaintiff.

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment and will satisfy the judgment upon timely payment of all installments and current reports.

Consented To:

_____
Jeffrey J. Bech
Attorney for Plaintiff

_____
Thomas L. Colaluca
Attorney for Defendant

_____
United States District Judge

LIT:539412-1 017020-155809